■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK P. NEUBAUER, Appellant. [745 NYS2d 699] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered December 16, 1999, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, there was a reasonable basis articulated in the record to justify the County Court's determination to have him handcuffed when he testified before the grand jury (*see People v Rouse,* 79 NY2d 934, 935; *People v Tucker,* 261 AD2d 877, 878; *People v Grant,* 234 AD2d 562). In any event, reversal is not required since the prosecutor's cautionary instructions to the grand jury dispelled any possible prejudice to the defendant (*see People v Felder,* 201 AD2d 884, 885; *People v McEachin,* 166 AD2d 814, 815; *People v Gallan,* 78 AD2d 904). O'Brien, J.P., Friedmann, McGinity and H. Miller, JJ., concur.